**Sukit KUMVACHIRAPITAG, Plaintiff–Appellant,**

v.

**Barack OBAMA, U.S. President, Defendant–Appellee.**

No. 14–17084.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 21, 2015.*

Filed Sept. 25, 2015.

Sukit Kumvachirapitag, Los Angeles, CA, pro se.

Before: REINHARDT, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM ***

Sukit Kumvachirapitag appeals pro se from the district court's judgment dismissing his action for lack of subject matter jurisdiction. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Ass'n of Am. Med. Colls. v. United States*, 217 F.3d 770, 778 (9th Cir.2000). We affirm.

The district court properly dismissed the action because Kumvachirapitag failed to allege claims under federal law or diversity of citizenship. *See* 28 U.S.C. §§ 1331,

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1332(a); *see also Arbaugh v. Y & H Corp.*, 546 U.S. 500, 514, 126 S.Ct. 1235, 163 L.Ed.2d 1097 (2006) (federal courts "have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party"); *Ass'n of Am. Med. Colls.*, 217 F.3d at 778–79 (the party asserting jurisdiction bears the burden of establishing it).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n. 2 (9th Cir.2009) (per curiam).

All pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.